IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL KONING, LOWELL BAISDEN, SUSAN BAISDEN-KONING, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

    Defendant Michael Koning has filed a Motion to Seal the evidence submitted in support of his Motion for Return and Destruction of Inadvertently Disclosed Documents protected by the attorney/client privilege, (filing no. 27). The evidence has been provisionally filed under seal. (Filing No. 30).

    IT IS ORDERED that defendant Michael Koning's Motion to Seal, (filing no. 29), should be granted, and the evidence filed by this defendant (filing no. 30), shall remain filed under seal.

    DATED this 20th day of July, 2009.

                                            BY THE COURT:

                                            *Richard G. Kopf*
                                            United States District Judge