IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL KONING, LOWELL BAISDEN, SUSAN BAISDEN-KONING, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Defendant Michael Koning has filed a Motion for Disclosure of Rule 6(e)(3) Materials, (filing no. 26), and a Motion for Return and Destruction of Inadvertently Disclosed Documents protected by the attorney/client privilege, (filing no. 27). The government requests a thirty-day continuance of its response deadline, stating it needs additional time to accumulate the facts and perform the legal research for preparing an adequate and thorough response. Filing No. 32. The defendants are preparing to file additional pretrial motions, their trial will not be delayed by granting the government's request, and counsel for defendant Michael Koning therefore does not oppose the government's motion to continue. Accordingly,

IT IS ORDERED that the government's motion to continue, (filing no. 32), is granted, and the government's response to defendant Michael Koning's Motion for Disclosure of Rule 6(e)(3) Materials, and Motion for Return and Destruction of Inadvertently Disclosed Documents shall be filed on or before August 20, 2009.

DATED this 20th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge