IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL KONING, LOWELL BAISDEN, SUSAN BAISDEN-KONING, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the government's motion to continue, (filing no. 37), is granted, and the government's brief in response to the defendant Michael Koning's Motion to Compel Disclosure of 404(b) Evidence shall be filed on or before August 20, 2009.

DATED this 11th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge