IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL KONING, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the government's unopposed motion to continue, (filing no. 39), is granted, and the government's brief in response to defendant Michael Koning's Motion for Disclosure of Rule 6(e)(3) Materials, (filing no. 26), Motion for Return and Destruction of Inadvertently Disclosed Documents Protected by the Attorney Client Privilege, (filing no. 27), and Motion to Compel Disclosure of 404(b) Evidence Concerning Dr. Koning, (filing no. 36), shall be filed on or before September 4, 2009.

DATED this 20th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge