IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL KONING, LOWELL BAISDEN, and SUSAN BAISDEN-KONING, | ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Defendants Michael Koning and Susan Baisden-Koning have moved to continue the pretrial motion deadline currently set for September 30, 2009. (Filing Nos. 45 & 46). Defense counsel request an additional one hundred twenty days, and explain they needs this additional time to review the extensive discovery materials (totaling at least 29,000 pages of records to date) received from the government, and to determine if missing materials can be located and produced. Counsel for the government does not oppose the requested continuance. The court finds the motions to continue should be granted.

IT IS ORDERED:

1) Defendant Michael Koning's and Susan Baisden-Koning's unopposed motions to continue, (filing nos. 45 & 46), are granted, and the defendants' pretrial motions and briefs shall be filed on or before January 28, 2010.

2) As previously determined, (see filing no. 21, ¶ 6), this case is "unusual and complex;" it would be unreasonable for the court to require counsel and the parties to be ready for trial within the time restrictions of the

Speedy Trial Act; and therefore this case is exempted from the time restrictions of that Act. See 18 U.S.C. 3161(h)(7)(B)(ii)

September 18, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge