IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3031 |
| V. | ) | |
| MICHAEL KONING, LOWELL BAISDEN, and SUSAN BAISDEN-KONING | ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1. The Motions to Continue filed by defendants Lowell Baisden and Susan Baisden-Koning (filing nos. 62 and 63), are granted. As to **all** the defendants, the deadline for filing pretrial motions is continued to June 30, 2010.

2. The government is given 21 days to file its response to any pretrial motions filed by the defendants.

3. As previously determined, (see filing no. 21, ¶ 6), this case is "unusual and complex;" it would be unreasonable for the court to require counsel and the parties to be ready for trial within the time restrictions of the Speedy Trial Act; and therefore this case is exempted from the time restrictions of that Act. See 18 U.S.C. 3161(h)(7)(B)(ii).

DATED this 17th day of May, 2010.

BY THE COURT:

S/ *Cheryl R. Zwart*
United States Magistrate Judge