IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL KONING, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The government has moved to extend the time to file its brief in response to defendant Michael Koning's Motion to Sever. Counsel for defendant Michael Koning has no objection to this motion.

IT IS ORDERED that:

1. The government's unopposed Motion to Extend Time to File Brief (Filing No. 66) is granted.

2. The government's brief in response to defendant's Motion to Sever will be due on or before June 4, 2010.

DATED this 27th day of May, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge