IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL KONING, LOWELL BAISDEN, SUSAN BAISDEN-KONING, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the plaintiff's motion to extend time to file objections (filing 121) is granted. The plaintiff's objections to the Magistrate's Report and Recommendation are due on or before September 28, 2010.

DATED this 27th day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge