IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL KONING, LOWELL BAISDEN, SUSAN BAISDEN-KONING, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED that the plaintiff's motion to extend time to file response (filing 128) is granted. The plaintiff's responsive brief to the defendants' objections are due on or before October 5, 2010.

DATED this 29th day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge