IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3031 |
| v. | ) | |
| MICHAEL KONING, | ) | MEMORANDUM AND ORDER |
| LOWELL BAISDEN, | ) | |
| SUSAN BAISDEN-KONING, | ) | |
| Defendants. | ) | |

As usual, Magistrate Judge Zwart has thoroughly and correctly analyzed the facts and the law, and, after de novo review, I adopt the judge's finding and recommendations (filing 111).

IT IS ORDERED that:

1. The finding and recommendations (filing 111) are adopted.

2. The defendants' motions to sever (filings 57, 88 and 91) and defendants' motions (filings 79 and 91) to have Baisden tried first are denied.

3. The government's motion to consolidate (filing 71) is denied.

4. The objections (filings 112, 122, 124 and 126) to Judge Zwart's findings and recommendations are denied.

5. This matter is referred to Judge Zwart for further progression.

DATED this 8th day of October, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge