IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                              )<br>            Plaintiff,   )<br>                                              )<br>      vs.                 )<br>                                              )<br>MICHAEL KONING,          )<br>LOWELL BAISDEN, and     )<br>SUSAN BAISDEN-KONING,  )<br>                                              )<br>            Defendants. )  | 4:09CR3031<br><br>MOTION TO EXTEND TIME<br>TO FILE BRIEF OF UNITED STATES<br>ON DEFENDANT'S MOTION IN<br>LIMINE AND MOTION FOR<br>ADDITIONAL PREEMPTORY<br>CHALLENGES |

     Comes now, the United States of America, by and through the undersigned Assistant United States Attorney and moves the Court for an order extending the time for the United States to submit its brief in response to Defendant Michael Koning's Motion in Limine (Filing #139) and Motion for Additional Preemptory Challenges (Filing #140) until November 16, 2010. In support of said motion, the United States shows the Court as follows:

     1. Defendant's motions were filed on November 1, 2010. Due to other matters pending before this Court, the United States needs additional time to adequately address the issues set forth in the motions.

     2. Additionally, the undersigned Assistant United States Attorney has been made aware of a family medical emergency involving the undersigned's father-in-law, which the undersigned Assistant United States Attorney needs to attend to.

     3. Further, because of the Veteran's Day holiday, the United States is requesting a five-day continuance until November 16, 2010, in which to submit its brief in response to Defendant's motions.

     4. Counsel for the United States has contacted David Domina, counsel for Michael Koning, who has indicated he has no objection to this extension.

     WHEREFORE, the United States respectfully requests this Court to enter an order granting the United States until November 16, 2010, in which to submit its

response to Defendant's motions.

    DATED this 8th day of November, 2010.

                              Respectfully submitted;

                              DEBORAH R. GILG
                              United States Attorney
                              District of Nebraska

              And:      *s/Steven A. Russell*
                          STEVEN A. RUSSELL, #16925
                          Assistant United States Attorney
                          487 Federal Building
                          100 Centennial Mall North
                          Lincoln, Nebraska 68508
                          Telephone: (402) 437-5241

## CERTIFICATE OF SERVICE

    I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David Domina, Esq.

                              *s/Steven A. Russell*
                              STEVEN A. RUSSELL
                              Assistant United States Attorney