IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL KONING, LOWELL BAISDEN, SUSAN BAISDEN-KONING, | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the following motions are referred to Magistrate Judge Zwart:

1. Filing 139 (Motion in Limine);
2. Filing 140 (Motion for Additional Preemptory Challenges);
3. Filing 147 (Motion for Separate Jury at Concurrent Trials).

DATED this 23rd day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge