IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL KONING, | ) | ORDER |
| LOWELL BAISDEN, | ) | |
| SUSAN BAISDEN-KONING, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the plaintiff's motion (filing 161) to extend response date to statement of objections to magistrate's findings and recommendations is granted. The plaintiff's response is due January 21, 2011.

DATED this 18th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge