IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL KONING, | ) | ORDER |
| LOWELL BAISDEN, | ) | |
| SUSAN BAISDEN-KONING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the motion and amended motion (filings 167 and 168) to file a six page response is granted to the extent that the court will consider these filings as one six page brief. The motions are otherwise denied.

DATED this 2nd day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge