# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MICHAEL KONING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that defendant Michael Koning's oral motion, (filing no. 188), is granted, and his pending motions, (filing nos. 27, 139, 140, and 147), are deemed withdrawn.

DATED this 25th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge