IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:09CR3031 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| MICHAEL KONING, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) Defendant Michael Koning's unopposed oral motion, (filing no. 196), is granted.

2) Defendant Michael Koning is authorized to participate in aero-medical flights for Care Jet, to include taking flights to destinations within the United States (including Guam and Hawaii), the Phillipines, Japan, and Korea.

DATED this 30th day of June, 2011.

BY THE COURT:

United States Magistrate Judge