IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3031 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL KONING, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to reschedule sentencing hearing (filing 225) is granted.

(2) Defendant Koning's sentencing is continued to Wednesday, January 18, 2012, at 1:00 p.m., before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated October 19, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge